NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1428, 1430, -1453

RAYMOND E. STAUFFER,

Plaintiff-Appellant,

v.

BROOKS BROTHERS, INC.
and RETAIL BRAND ALLIANCE, INC.,

Defendants-Appellees,

v.

UNITED STATES,

Movant-Cross Appellant.

Appeals from the United States District Court for the Southern District of New York in 08-CV-10369, Judge Sidney H. Stein.

ON MOTION

## O R D E R

Upon consideration Raymond E. Stauffer's motions for extensions of time to file his reply brief and appendix,

IT IS ORDERED THAT:

The motions are granted.

MAY 0 3 2010
Date

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 3 2010

JAN HORBALY
CLERK

cc:    Raymond E. Stauffer
Bryan P. Collins, Esq.
Stephen L. Baker, Esq.
Douglas N. Letter, Esq.
M. Miller Baker, Esq.

s8